THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN ADMIRALTY**

INTERNATIONAL SHIP REPAIR
AND MARINE SERVICES, INC.,

    Plaintiff,

vs.

CASE NO.: 8:19-cv-00602-WFJ-CPT

BARGE B. 285,

    Defendant, *in rem*.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, International Ship Repair and Marine Services, Inc., and Defendant, Barge B. 285, *in rem*, (jointly the "Parties"), hereby respectfully submit this Notice of Settlement, and inform the court as follows:

1.    The Parties give notice to the Court they have reached a tentative settlement agreement in the above-captioned matter.

2.    Accordingly, once the Parties have finalized the details and complied with the obligations therein, they will submit a Stipulation of Dismissal with Prejudice and will therein request the case be dismissed and closed.

[SIGNATURE BLOCK ON THE FOLLOWING PAGE]

Respectfully submitted,

/s/ Paul E. Parrish
**PAUL E. PARRISH, ESQ.**
Florida Bar No.: 373117
paul.parrish@gray-robinson.com
GRAY ROBINSON, P.A.
1795 West Nasa Blvd.
Melbourne, Florida 32901
Tel: (321) 727-8100
Fax: (321) 984-4122
*Counsel for Plaintiff, International Ship Repair and Marine Services, Inc.*

**ROBERT B. BIRTHISEL**
Florida Bar No: 906654
**JULES V. MASSEE**
Florida Bar No: 41554
jmassee@hamiltonmillerlaw.com
**WHITTNI M. HODGES**
Florida Bar No: 095602
whodges@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
Tel: 813-223-1900 / Fax: 813-223-1933
*Counsel for Defendant, in rem*